Onofrio Curro, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Joseph Bolger, an Infant, etc., Respondent, v. The Haas Tobacco Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Henry P. Pfohl and Another, Respondents, v. John P. Rupp and Another, Appellants.— Appeal dismissed unless appellants file and serve briefs by June 15, 1914.

## First Department, June, 1914.

BORIS KULOSCHIK, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 5th day of May, 1914, granting a motion for a preference.

PER CURIAM: There was nothing presented to the court below that justified the preference of this case over other cases on the calendar awaiting trial. The order appealed from should, therefore, be reversed, with ten dollars costs and disbursements, and the motion denied. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ. Order reversed, with ten dollars costs and disbursements, and motion denied.